IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KHUSNIDIN MAMATKULOV,<br>        Petitioner | No. 3:26cv99<br><br>(Judge Munley) |
| v. | |
| CRAIG LOWE, Warden of Pike County Correctional Facility; TODD LYONS, Acting Director of Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, Attorney General of the United States,<br>        Respondents | |

## ORDER

**AND NOW**, to wit, this 18th day of February 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Khusnidin Mamatkulov's petition for writ of habeas corpus, (Doc. 1), is **GRANTED.**

2) Respondents shall **immediately** release Mamatkulov from their custody;

3) Within 48 hours, respondents shall file a declaration or affidavit pursuant to 28 U.S.C. § 1746 confirming that Mamatkulov has been released from custody;

4) Respondents, including United States Immigration and Customs Enforcement, may not impose any other restrictions on Mamatkulov's release, including any form of body-worn electronic monitoring.

5) Respondents are permanently enjoined from re-detaining Mamatkulov under 8 U.S.C. § 1225(b)(2)(A);

6) Respondents are temporarily enjoined from re-arresting Mamatkulov for a period of 14 days to ensure that this habeas remedy is effective;

7) Should respondents detain Mamatkulov pursuant to 8 U.S.C. § 1226(a), petitioner may move to reopen this matter if the government fails to schedule a timely bond hearing in which an IJ assesses whether he poses a flight risk or a danger to the community;

8) Mamatkulov may file a motion for attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412 within thirty (30) days of the date of this order; and

9) The Clerk of Court is directed to close this case.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court

2